# United States Court of Appeals
## For the First Circuit

---

No. 16-1094

UNITED STATES,

Appellee,

v.

CARLOS BEZA-GARI, a/k/a Tornillo, a/k/a Carlos Besa-Gari, t/n Carlos Beza-Gary,

Defendant - Appellant.

---

Before

Torruella, Lynch and Barron,
Circuit Judges.

---

**JUDGMENT**

Entered: February 2, 2017

After careful review of the parties' briefs and the district court record, we affirm the district court's denial of appellant's 18 U.S.C. § 3582(c)(2) motion. See United States v. Caraballo, 552 F.3d 6 (1st Cir. 2008) (explaining why, when an amendment lowers the drug quantity table, but does not lower the career offender guideline, § 4B1.1, a defendant sentenced as a career offender is not eligible for section 3582(c)(2) relief).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Carlos Beza-Gari
Mariana E. Bauza Almonte
Tiffany Veronica Monrose